**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Norberto Vega,<br><br>Plaintiff,<br><br>v.<br><br>Billykirk, Inc., et al.<br><br>Defendants. | Civ. Action No. 24-9552 (MEF)<br><br><br><u>Order for dismissal</u><br><u>Pursuant to L. Civil Rule 41.1</u> |

<u>**Michael E. Farbiarz, U.S.D.J.**</u>

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 8th day of January, 2026,

**O R D E R E D** that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

_____
Michael E. Farbiarz, U.S.D.J.